# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0617. NIKOLSON LACOUR v. SP PLUS CORPORATION.

Nikolson Lacour sued SP Plus Corporation in Gwinnett County Superior Court for Open Records Act violations.  SP Plus moved to dismiss the complaint or, alternatively, to transfer venue to Clayton County. The trial court granted the request to transfer venue to Clayton County, and Lacour appeals. We lack jurisdiction.

"A trial court's ruling on the issue of removal or transfer of venue is not a directly appealable final judgment under OCGA § 5-6-34(a)(1), and thus, it is subject to the procedures governing interlocutory appeals." See *Mauer v. Parker Fibernet*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010); accord *Patel v. Ga. Power Co.*, 234 Ga. App. 141, 142(2) (505 SE2d 787) (1998). Thus, Lacour was required to use the interlocutory appeal procedures, including obtaining a certificate of immediate review from the trial court, to appeal the order. See OCGA § 5-6-34(b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/22/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*